# IPP International U.G. Declaration Exhibit A
# File Hashes for IP Address 173.70.216.129

**ISP:** Verizon Internet Services
**Physical Location:** Passaic, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/07/2018 02:35:22 | 338E6089ED2288374F4E9E2AB8E928F8842068DB | Lingerie Birthday Surprise |
| 08/02/2018 17:58:19 | 724F9A18BE9C4E5C9783E6DAE4E210E5E732C885 | Introducing Milla |
| 08/01/2018 19:16:36 | E0A514A9E38A1E3AC483C42687BA27F550C03FE8 | Virtual Girlfriend |
| 08/01/2018 19:13:13 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |
| 07/31/2018 15:49:58 | 06067BE6F8F0A4FD962B7637757C227FBB695C4E | Millas Steamy Morning Orgasm |
| 07/12/2018 22:55:30 | 163567455FA1883BEBA76473B18FD6565141D13E | When You Least Expect It |
| 07/12/2018 22:44:41 | 315E16EBDF8619B6FA22156AC70F516929F35AA1 | Luvv Me Tender |
| 07/12/2018 22:38:31 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 07/12/2018 22:29:46 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 07/12/2018 22:25:00 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 07/12/2018 22:13:04 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 07/12/2018 22:07:27 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 07/12/2018 20:52:36 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 07/11/2018 17:39:18 | C7CC6CE156BC4D5F75D71729ACBAFE966D1E9703 | The Morning After |
| 07/11/2018 17:34:35 | 99168B20226BDD6884C961109D642BFFDF06ACB9 | Honeymoon Sex |
| 07/11/2018 03:43:26 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 07/11/2018 03:21:35 | ABAF93A6E2F868765C236D60E7770E16CBABF40E | Five Reasons to Love Sex with Blondes |
| 07/11/2018 03:12:42 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/11/2018 03:04:34 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 07/10/2018 14:55:38 | 826CCD33A46F28CC34E954633CA7CA78E2A321F3 | Deeper and Deeper |
| 07/10/2018 14:49:36 | 1CFFE824FA32506E0EDB0E30E3ACE741F2090357 | Want To Fuck My Wife |
| 07/10/2018 12:58:06 | 761C73E3510E4D50FD82F82EECAC6E8671341092 | Our Lucky Day |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/03/2018 21:53:12 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 06/14/2018 01:24:08 | 6A51E79E7714B00A17E3A8C05663F98168228F53 | Spread Wide Open |

**Total Statutory Claims Against Defendant: 24**